DATE: 7/31/2012

AT: 4:50 p.m.
TIME IN COURT 3 hrs.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR SETTLEMENT CONFERENCE

DOCKET NUMBER: CV 05-3615

TITLE NAME: Mackey v. County of Nasau

APPEARANCES:

FOR PLAINTIFF (S): James Neville

FOR DEFENDANT (S): Peter Laserna

FTR RECORDER: 4:50-4:52       COURTROOM DEPUTY: Michele Savona

__X__   CASE CALLED.

__X__   COUNSEL FOR ALL SIDES PRESENT.

_____   COUNSEL FOR _____ NOT PRESENT.

__X__   CONFERENCE HELD.

__X__   OTHER Settlement reached in principle. Parties to submit a stipulation of dismissal or County to submit a letter regarding the status of the settlement by September 4, 2012. All other deadlines cancelled.